# RIDER A
## CITATION TO KR REALTY AND INVESTMENT, INC.

The following documents shall be provided whether in electronic format or otherwise, and if in electronic format, a copy of all computer programs necessary to read/review such documents. All of the documents and information sought herein shall be from and including **December 28, 2007 through the present**.

1. Any and all of KR Realty and Investment, Inc.'s ("KR") corporate minute books and/or stock transfer records.

2. Any and all documents pertaining to KR's payroll, including but not limited to all records regarding the payroll or any other payments to Young W. Rhee, a/k/a Kevin Young Rhee.

3. Any and all financial statements of KR, including but not limited to balance sheets, profit and loss statements, statement of changes in financial position, income statement, cash-flow statements, and all other financial statements.

4. Any and all documents evidencing any creditors of KR, including but not limited to those who have obtained a judgment against KR and, as to those, all documents reflecting any collection efforts regarding such judgments.

5. Any and all documents reflecting any and all assets of KR, including the type of asset, its location, its value, whether it is encumbered, and all other information to be able to identify and locate the asset.

6. Any and all documents reflecting any accounts receivable, including identification of the party owing money or other assets to KR, the party's address, phone number and all other identifying information, and the amount owed.

7. Any and all bank statements, ledger accounts, memoranda, checkbooks, check ledgers, cancelled checks or any other records relating to any and all bank or financial institutions at which KR has, or had, an account of any type whatsoever, including but not limited to savings accounts, checking accounts, money market accounts, certificates of deposit, etc., indicating whether these are held individually or jointly.

8. Any and all documents reflecting the directors, officers, and shareholders or owners of KR, including but not limited the names, addresses, telephone numbers and position of each such person or entity, and further including any and all parent and subsidiary corporations, affiliated entities, and individual shareholders.

9. Any and all documents reflecting preceding or successor entities to KR.

10. All of KR's federal and state tax returns, including all schedules and notes thereto.

11. Any and all current and former statements from brokerage accounts, investment accounts,

or documents pertaining to individual stocks, bonds, certificates of deposit, notes, or any other investments, whether negotiable or non-negotiable, in which KR has or had a beneficial interest.

12.     Title documents, deeds, mortgage documents, loan applications, financial statements, trust agreements, contracts for deed, leases, and evidence of any beneficial interest to any real property, personal property, or motor vehicles presently or previously owned or leased by KR.

13.     All promissory notes or other evidences of indebtedness upon which KR is obligated and all chattel mortgages, security agreements, financing statements and Uniform Commercial Code filings in connection therewith.

14.     A list of third party entities in which any officer, board member, or majority shareholder of KR has acted as an officer, board member, or shareholder.

15.     Any and all contracts that would result in revenue for KR.

16.     Any and all contracts for insurance owned by or for KR.

17.     A list of all employees of KR, including their position, name, address, telephone number, and all other contact information available to KR.

18.     All other books, papers or records in KR's possession or control that may contain information concerning the property, assets, or income of KR.

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, MUNICIPAL DIVISION**

------------------------------------------------------x
                                                       )
ASHMAN LAW OFFICES, LLC, an Illinois                   )
limited liability company,                             )
                                                       )
              Plaintiff,      )
                                                       )  Case No. 2008 M1 158811
    -against-                               )
                                                       )
YOUNG W. RHEE, a/k/a KEVIN YOUNG                       )
RHEE; K R REALTY AND INVESTMENT,                       )
INC., an Illinois corporation; and Y.W. RHEE,          )
INC., a dissolved Illinois corporation,                )
                                                       )
             Defendants.     )
------------------------------------------------------x

## NOTICE OF FILING

TO:    Young W. Rhee, a/k/a Kevin Young Rhee      Jim Xu, Esq.
        2640 Golf Road, Suite 146                  Liu & Xu, P.C.
        Glenview, Illinois 60025               20 North Clark, Suite 525
                                                       Chicago, Illinois 60602

      **PLEASE TAKE NOTICE** that on March 11, 2010, we caused to be filed at the Clerk's Office of the Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60601, (1) an *Affidavit of Service of Citation to Discover Assets to Young W. Rhee, a/k/a Kevin Rhee*; and (2) an *Affidavit of Service of Citation to Discover Assets to K.R. Realty and Investment, Inc.*, a copy of which is hereby served upon you.

Dated: Chicago, Illinois
       March 11, 2010                             ASHMAN LAW OFFICES, LLC,

Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC                        By:  _____
55 West Monroe Street, Suite 2650                       One of its attorneys
Chicago, Illinois 60603
(312) 596-1700
Cook County ID No.: 38561

## In The Circuit Court of Cook County, Illinois

Ashman Law Offices, LLC,

        Plaintiff(s),

vs.

Young W Rhee a/k/a Kevin Young Rhee,

        Defendant(s).

Case No.: 08 M1 158811

**AFFIDAVIT OF SERVICE**

I, Ryan Flaska, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On February 26, 2010 at 12:19 PM, I **SERVED** the within Alias Citation To Discover Assets on Young W Rhee a/k/a Kevin Young Rhee in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of the Alias Citation To Discover Assets to Young W Rhee a/k/a Kevin Young Rhee personally.

Young W Rhee a/k/a Kevin Young Rhee was served at 2640 Golf Road, Suite 146 , Glenview, IL 60025.

Description of person process was left with:

Sex: **Male** – Skin: **Asian** – Hair: **black** – Approx. Age: **48** – Height: **5'7** – Weight: **160**

Under penalties as provided by law pursuant to Section 1–109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on
this _26_ day of _Feb_ , 20_10_

_____
Notary Public

X _____
Ryan Flaska
PERC: 0129-290693

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312–583–1167
License:117–00912

File:

OFFICIAL SEAL
JAMES R ANDERTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

*11151*

## In The Circuit Court of Cook County, Illinois

Ashman Law Offices, LLC,

        Plaintiff(s),

vs.

        Case No.: 08 M1 158811

Young W Rhee a/k/a Kevin Young Rhee,

        **AFFIDAVIT OF SERVICE**

        Defendant(s).

I, Ryan Flaska, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On February 26, 2010 at 12:22 PM, I served the within Alias Citation To Discover Assets on K R Realty and Investment, Inc. c/o Young W Rhee a/k/a Kevin Young Rhee in the following manner:

**Corporate Service:** By leaving a copy of the Alias Citation To Discover Assets with **Young W Rhee a/k/a Kevin Young Rhee, self,** an officer or agent of **K R Realty and Investment, Inc. c/o Young W Rhee a/k/a Kevin Young Rhee.**

Service was effected at 2640 Golf Road, Suite 146 , Glenview, IL 60025.

Description of person process was left with:

Sex: **Male** – Skin: **Asian** – Hair: **black** – Approx. Age: **48** – Height: **5'7** – Weight: **160**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on this 26 day of _Feb_ , 20 10

X 
Ryan Flaska
PERC: 0129-290693

_____
Notary Public

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License:117-00912

File:

OFFICIAL SEAL
JAMES R ANDERTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

*11822*

## CERTIFICATE OF SERVICE

Neal D. Kitterlin, an attorney, certifies that he caused the foregoing (1)*Affidavit of Service of Citation to Discover Assets to Young W. Rhee, a/k/a Kevin Rhee*, and (2) *Affidavit of Service of Citation to Discover Assets to K.R. Realty and Investment, Inc.*, and accompanying Notice of Filing to be served on March 11, 2010, via U.S. mail, first class, postage prepaid, deposited into the mail box located at 55 West Monroe Street, Chicago, Illinois before the hour of 5:00 p.m., upon the following:

Young W. Rhee, a/k/a Kevin Young Rhee
2640 Golf Road, Suite 146
Glenview, Illinois 60025

Jim Xu, Esq.
Liu & Xu, P.C.
20 North Clark, Suite 525
Chicago, Illinois 60602

_____
Neal D. Kitterlin

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, MUNICIPAL DIVISION

-------------------------------------------------------x
|  |  |
| --- | --- |
| ASHMAN LAW OFFICES, LLC, an Illinois limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| -against- | ) Case No. 2008 M1 158811 ) ) |
| YOUNG W. RHEE, a/k/a KEVIN ~~YOUNG~~ RHEE; K R REALTY AND INVESTMENT, INC., an Illinois corporation; and Y.W. RHEE, INC., a dissolved Illinois corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

-------------------------------------------------------x

## ORDER

THIS CAUSE coming before the Court on *Plaintiff's Motion to Deem Service by Mail Sufficient* (the "Motion"), the Court being fully advised in the premises, it is hereby **ORDERED**:

1. Plaintiff's service of Young W. Rhee, a/k/a Kevin Young Rhee ("Rhee"), both individually and in his capacity as president of defendant/citation respondent K.R. Realty and Investment, Inc. ("K.R. Realty") by regular mail and certified mail, return receipt requested, is deemed sufficient service on Rhee and K.R. Realty, and is deemed to be in compliance with this Court's August 3, 2010 Order ;

2. The previously scheduled return date of October 29, 2010, in Courtroom 1401, for the Rules to Show Cause against both Rhee and K.R. Realty, stand.

October 28, 2010

ENTER:

_____
Judge                    Judge's No.

*Order Prepared By:*
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700 (ph)
Attorney No. 38561
*Attorney for Plaintiff*

Judge Eileen O'Neill Burke

OCT 2 8 2010

Circuit Court-1996

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Ashman Law Offices, LLC*

vs.

*Yang W. Rhee a/k/a Kevin Yang, et al.*   **Respondent**

}

NO. *2008 MI 158811*

CITATION SUMMONS SERVED: *08/05/10*
Date

### ATTACHMENT FOR CONTEMPT ORDER

**To the Sheriff of Cook County:**

**YOU ARE COMMANDED** to take custody of *Yang W. Rhee a/k/a Kevin Yang*,

and if not released from your custody upon his/her bond, to immediately bring him/her before the Honorable *Eileen O'Neill Burke*, or any Judge presiding in that Judge's stead in Room *1401*, *Daley Center, 50 W. Washington, Chicago*, Illinois to answer for a Contempt of Court for **NOT ATTENDING SAID COURT AS PREVIOUSLY ORDERED.**

You are authorized to take respondent to one of the Sheriff's facilities for the purpose of accepting bond, and to require his/her appearance in court at a specified date and time not less than 7 nor more than 15 days after attachment. Such appearance date, time and address shall be set forth upon the bond.

You are to serve this writ and return it without delay.

Bail set in the amount of $ _____
(10% applicable - $25.00 minimum)

**or**

Individual Bond set in the amount of $ *1000 - I*

*EOB*

**(Seal of Clerk of Circuit Court)**                Judge              Judge's No.

I hereby certify the above to be correct.

This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law.

Dated: **DOROTHY BROWN** OCT 29 2010

Judge Eileen O'Neill Burke
OCT 29 2010
Circuit Court-1996

_____
**Clerk of the Circuit Court of Cook County, Illinois**

**TO THE RESPONDENT:** If you are released on bond, you shall appear in Room _____, _____

_____, Illinois, at _____ a.m./p.m. on _____, _____ (Date to be inserted by Sheriff.)
The above information shall be noted on the bond of the respondent and the copy of this writ delivered to him/her.

Atty. No.: *38561*
Name: *Ashman Law Offices, LLC*
Attorney for: *Plaintiff*
Address: *55 W. Monroe St, Ste 2650*
City/State/Zip: *Chgo IL 60603*
Telephone: *312-596-1700*

If the respondent is apprehended in a county other than Cook County and is let to bail, the bond, writ and cash bail deposite shall be forwarded without delay to the offices of Clerk of the Circuit Court, Room _____, in Municipal District _____, located at _____
(Address)
_____, Illinois
(City)                          (Zip)

(OVER)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## INTEREST ITEMIZATION

On September 15, 2009, judgment totaling $54, 485.50 was entered against K R Realty and Investment Inc. in favor of Ashman Law Offices, LLC. Below is a calculation of the interest at the statutory 9% rate.

| PERIOD | INTEREST |
|--------|----------|
| 9/15/09-9/14/10 | $4903.70 |
| 9/15/10-9/14/11 | $4903.70 |
| 9/15/11-8/31/12 | $4702.72 |

The amount of claim as of date the case was filed is $68,995.62.

B 10 (Official Form 10) (12/12)

| UNITED STATES BANKRUPTCY COURT    Northern District of Illinois | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br><br>K R Realty & Investment Inc. | Case Number:<br><br>12-34659 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Ashman Law Offices, LLC

Name and address where notices should be sent:
Ashman Law Offices, LLC; Attn: Kenneth J. Ashman; 55 West Monroe Street, Suite 2650; Chicago, Illinois  60603

Telephone number:  (312) 596-1700    email:  KAshman@AshmanLawOffices.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**COURT USE ONLY**

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _1_
(*If known*)

Filed on:  _01/10/2013_

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**    $ _____ 68,995.62 _____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** _Judgment & Secured by Valid Citation Lien_
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br><br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>_____<br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
**Describe:**   Judgment Issued on 09/15/09; Service of Citation on 02/26/10; Failure to Appear re Rule Show Cause & Writ Body Attach

**Value of Property:** $ _68,995.62_

**Annual Interest Rate** _9.000_% ☑ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _68,995.62_

**Basis for perfection:** _Citation Lien_

**Amount of Secured Claim:** $ _68,995.62_

**Amount Unsecured:** $ _0.00_

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/12)                                                                                                              2

<table>
<tr><td>

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

</td></tr>
</table>

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☑ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Kenneth J. Ashman
Title:   Manager
Company:   Ashman Law Offices, LLC
Address and telephone number (if different from notice address above):
  55 West Monroe Street, Suite 2650
  Chicago, IL 60603

Kenneth J. Ashman        01/08/2013
(Signature)             (Date)

Telephone number:(312) 596-1700     email: KAshman@AshmanLawOffices.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____        _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

Order/Motion Call   (This form replaces CCM1 0642)                    CCM N624-5M-3/08/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### _____ MUNICIPAL DISTRICT

*Ashman Law Offices, LLC*

}

LINE NO. _1_ (2:30 pm)

*Young W. Rhee, a/k/a Kevin Young Rhee,
K R Realty and Investment, Inc. and Y.W. Rhee, Inc.*

No. _2008 M1 158811_

## MOTION CALL ORDER

Present before the Court: ☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Plaintiff(s)' Counsel   ☒ Defendant(s)' Counsel
THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the Motion:

| | | | |
|---|---|---|---|
| 4902 | ☐ | to Vacate DWP of _____ | is GRANTED. |
| 5902 | ☐ | | is DENIED. |
| 4902 | ☐ | to Vacate Default Judgment of _____ | is GRANTED, |
| 4482 | ☐ | and this case is set for Trial on _____, ____ at ____ a.m./p.m. in Rm. ____ | |
| 4482 | ☐ | for Status on _____, ____ at ____ a.m./p.m. in Rm. ____ | |
| 5902 | ☐ | to Vacate the Default Judgment of _____ is DENIED. | |
| 4902 | ☐ | to Vacate the Dismissal of _____ is GRANTED, | |
| | | and case is reinstated; Judgment for _____ | |
| 4001 | ☐ | in the amount of $ _____. | |
| 4384 | ☐ | to Vacate Installment Order of _____ | is GRANTED, Judgment to stand. |
| 4280 | ☒ | for Summary Judgment in favor of *Plaintiff* | is GRANTED. |
| 5280 | ☐ | | is DENIED. |
| 4226 | ☐ | to Dismiss as to Defendant _____ | is GRANTED. |
| 5226 | ☐ | | is DENIED. |
| (  ) | ☐ | Motion to/for _____ | is CONTINUED |
| (  ) | ☐ | for HEARING at ____ a.m./p.m. on _____, ____ in Rm. ____ | |
| (  ) | ☐ | with the following briefing schedule: | |

_____
_____

(  ) ☒ Judgment is entered in favor of the Plaintiff *Ashman Law Offices, LLC* and against
the Defendant *See below:* in the sum of $ *54,485.50* plus court costs.

(  ) ☒ *Young W. Rhee a/k/a Kevin Young Rhee; K R Realty
and Investment, Inc.; and Y.W. Rhee, jointly and severally*

(  ) ☐ See Attached Order: _____

Judge Sheryl A. Pethers

Atty. No.: _38861_
Name: _Ashman Law Offices, LLC_          ENTERED:   SEP 15 2009
Atty. for: _Plaintiff_
Address: _55 W Monroe St, Ste 2650_       Dated:     Circuit Court 1893
City/State/Zip: _Chicago IL 60603_
Telephone: _312-596-1700_                 _____        _____
                                          Judge                  Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Doc#: 1000729023 Fee: $38.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 01/07/2010 11:38 AM Pg: 1 of 1

3315      (Rev. 6/11/02) CCG 0015
**Memorandum of Judgment**

**IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS**

Ashman Law Offices, LLC

v.

Young W. Rhee et al.

Recorder's Stamp

No.  2008 M1 158811

## MEMORANDUM OF JUDGMENT

On  September 15 _____ , 2009 ____ , judgment was entered in this court

in favor of the plaintiff  Ashman Law Offices, LLC

and against defendant  K R Realty and Investment Inc.

whose address is  5860 N. Lincoln Ave. #200, Chicago, Illinois 60659

in the amount of $  54,485.50 _____ .

Judge Sheryl A. Pethers

DEC 3 0 2008

Circuit Court - 1893

**Judge**          **Judge's No.**

Atty. No.: 38561
Name:  Kenneth J. Ashman
Atty. for:  Ashman Law Offices, LLC
Address:  55 West Monroe Street, Suite 2650
City/State/Zip:  Chicago, Illinois 60603
Telephone: 312-596-1700

Room 1106

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(Rev. 12/4/00) CCG 0005 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Ashman Law Offices, LLC
_____

v.                          } No. 2008 M1 158811

Young W. Rhee et al.
_____

### CITATION TO DISCOVER ASSETS

To: KR Realty and Investment, Inc., c/o Young W Rhee a/k/a Kevin Young Rhee, a Personal rep

YOU ARE COMMANDED to appear before Judge _____ or any judge sitting in his/her stead in Room _____ at the location of 50 W. Washington, Chicago _____ Illinois, on _____, ____, at _____ m. to be examined under oath to discover assets or income not exempt from enforcement of a judgment. A judgment in favor of Ashman Law Offices, LLC and against KR Realty and Investment, Inc. was entered on September 15 , 2009 (or revived on _____, _____ ) in the amount of $ 54,485.50 and $ 54,485.50 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:
SEE ATTACHED "RIDER A"

and all books, papers or records in you possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY (OR NON - ATTORNEY)
NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the Circuit Court of Cook County (or other Jurisdiction _____ ) on September 15 , 2009
                                          (specify)
A judgment in the amount of $ 54,485.50 was entered in favor of Ashman Law Offices, LLC and against KR Realty and Investment, Inc. in Case No. 2008 M1 158811 and a balance of $ 54,485.50 remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information stated herein is true.

Atty. No.: 38561
Name: Neal D. Kitterlin                     (Signature of Attorney)          SEP 17 2009
Address: 55 West Monroe Street, Suite 2650      WITNESS: _____
City/State/Zip: Chicago, IL 60603
Telephone: 312-596-1700                              Clerk of the Circuit Court

                                                              SEAL

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## RIDER A
## CITATION TO KR REALTY AND INVESTMENT, INC.

The following documents shall be provided whether in electronic format or otherwise, and if in electronic format, a copy of all computer programs necessary to read/review such documents. All of the documents and information sought herein shall be from and including **December 28, 2007 through the present**.

1. Any and all of KR Realty and Investment, Inc.'s ("KR") corporate minute books and/or stock transfer records.

2. Any and all documents pertaining to KR's payroll, including but not limited to all records regarding the payroll or any other payments to Young W. Rhee, a/k/a Kevin Young Rhee.

3. Any and all financial statements of KR, including but not limited to balance sheets, profit and loss statements, statement of changes in financial position, income statement, cash-flow statements, and all other financial statements.

4. Any and all documents evidencing any creditors of KR, including but not limited to those who have obtained a judgment against KR and, as to those, all documents reflecting any collection efforts regarding such judgments.

5. Any and all documents reflecting any and all assets of KR, including the type of asset, its location, its value, whether it is encumbered, and all other information to be able to identify and locate the asset.

6. Any and all documents reflecting any accounts receivable, including identification of the party owing money or other assets to KR, the party's address, phone number and all other identifying information, and the amount owed.

7. Any and all bank statements, ledger accounts, memoranda, checkbooks, check ledgers, cancelled checks or any other records relating to any and all bank or financial institutions at which KR has, or had, an account of any type whatsoever, including but not limited to savings accounts, checking accounts, money market accounts, certificates of deposit, etc., indicating whether these are held individually or jointly.

8. Any and all documents reflecting the directors, officers, and shareholders or owners of KR, including but not limited the names, addresses, telephone numbers and position of each such person or entity, and further including any and all parent and subsidiary corporations, affiliated entities, and individual shareholders.

9. Any and all documents reflecting preceding or successor entities to KR.

10. All of KR's federal and state tax returns, including all schedules and notes thereto.

11. Any and all current and former statements from brokerage accounts, investment accounts,

or documents pertaining to individual stocks, bonds, certificates of deposit, notes, or any other investments, whether negotiable or non-negotiable, in which KR has or had a beneficial interest.

12. Title documents, deeds, mortgage documents, loan applications, financial statements, trust agreements, contracts for deed, leases, and evidence of any beneficial interest to any real property, personal property, or motor vehicles presently or previously owned or leased by KR.

13. All promissory notes or other evidences of indebtedness upon which KR is obligated and all chattel mortgages, security agreements, financing statements and Uniform Commercial Code filings in connection therewith.

14. A list of third party entities in which any officer, board member, or majority shareholder of KR has acted as an officer, board member, or shareholder.

15. Any and all contracts that would result in revenue for KR.

16. Any and all contracts for insurance owned by or for KR.

17. A list of all employees of KR, including their position, name, address, telephone number, and all other contact information available to KR.

18. All other books, papers or records in KR's possession or control that may contain information concerning the property, assets, or income of KR.

## IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, MUNICIPAL DIVISION

```
------------------------------------------------------x
                                              )
ASHMAN LAW OFFICES, LLC, an Illinois          )
limited liability company,                    )
                                              )
            Plaintiff,                        )
                                              )   Case No. 2008 MI 158811
      -against-                               )
                                              )
YOUNG W. RHEE, a/k/a KEVIN YOUNG              )
RHEE; K R REALTY AND INVESTMENT,              )
INC., an Illinois corporation; and Y.W. RHEE, )
INC., a dissolved Illinois corporation,       )
                                              )
            Defendants.                       )
------------------------------------------------------x
```

## NOTICE OF FILING

TO:   Young W. Rhee, a/k/a Kevin Young Rhee        Jim Xu, Esq.
      2640 Golf Road, Suite 146                    Liu & Xu, P.C.
      Glenview, Illinois 60025                     20 North Clark, Suite 525
                                                   Chicago, Illinois 60602

     **PLEASE TAKE NOTICE** that on March 11, 2010, we caused to be filed at the Clerk's Office of the Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60601, (1) an *Affidavit of Service of Citation to Discover Assets to Young W. Rhee, a/k/a Kevin Rhee*; and (2) an *Affidavit of Service of Citation to Discover Assets to K.R. Realty and Investment, Inc.*, a copy of which is hereby served upon you.

Dated: Chicago, Illinois
      March 11, 2010

                                      ASHMAN LAW OFFICES, LLC,

Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC                  By: _____
55 West Monroe Street, Suite 2650                     One of its attorneys
Chicago, Illinois 60603
(312) 596-1700
Cook County ID No.: 38561

## In The Circuit Court of Cook County, Illinois

Ashman Law Offices, LLC,

        Plaintiff(s),

vs.

**Young W Rhee a/k/a Kevin Young Rhee,**

        Defendant(s).

**Case No.: 08 M1 158811**

**AFFIDAVIT OF SERVICE**

I, Ryan Flaska, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On February 26, 2010 at 12:19 PM, I **SERVED** the within Alias Citation To Discover Assets on Young W Rhee a/k/a Kevin Young Rhee in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of the Alias Citation To Discover Assets to Young W Rhee a/k/a Kevin Young Rhee personally.

Young W Rhee a/k/a Kevin Young Rhee was served at 2640 Golf Road, Suite 146 , Glenview, IL 60025.

Description of person process was left with:

Sex: **Male** – Skin: **Asian** – Hair: **black** – Approx. Age: **48** – Height: **5'7** – Weight: **160**

Under penalties as provided by law pursuant to Section 1–109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on
this _26_ day of _Feb_ , _2010_ .

X _____
Ryan Flaska
PERC: 0129-290693

_____
Notary Public

OFFICIAL SEAL
JAMES R ANDERTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312–583–1167
License:117–00912

File:

*11151*

## In The Circuit Court of Cook County, Illinois

Ashman Law Offices, LLC,

Plaintiff(s),

vs.                                                    Case No.: 08 M1 158811

Young W Rhee a/k/a Kevin Young Rhee,        **AFFIDAVIT OF SERVICE**

Defendant(s).

---

I, Ryan Flaska, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On February 26, 2010 at 12:22 PM, I served the within Alias Citation To Discover Assets on K R Realty and Investment, Inc. c/o Young W Rhee a/k/a Kevin Young Rhee in the following manner:

**Corporate Service:** By leaving a copy of the Alias Citation To Discover Assets with Young W Rhee a/k/a Kevin Young Rhee, self, an officer or agent of K R Realty and Investment, Inc. c/o Young W Rhee a/k/a Kevin Young Rhee.

Service was effected at 2640 Golf Road, Suite 146 , Glenview, IL 60025.

Description of person process was left with:

**Sex: Male** – **Skin: Asian** – Hair: **black** – Approx. Age: **48** – Height: **5'7** – Weight: **160**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on
this ___ day of ___ , 20 ___

X _____
Ryan Flaska
PERC: 0129-290693

Notary Public

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License:117-00912

OFFICIAL SEAL
JAMES R ANDERTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

File:

*11822*

## CERTIFICATE OF SERVICE

Neal D. Kitterlin, an attorney, certifies that he caused the foregoing (1)*Affidavit of Service of Citation to Discover Assets to Young W. Rhee, a/k/a Kevin Rhee*, and (2) *Affidavit of Service of Citation to Discover Assets to K.R. Realty and Investment, Inc.*, and accompanying Notice of Filing to be served on March 11, 2010, via U.S. mail, first class, postage prepaid, deposited into the mail box located at 55 West Monroe Street, Chicago, Illinois before the hour of 5:00 p.m., upon the following:

Young W. Rhee, a/k/a Kevin Young Rhee
2640 Golf Road, Suite 146
Glenview, Illinois 60025

Jim Xu, Esq.
Liu & Xu, P.C.
20 North Clark, Suite 525
Chicago, Illinois 60602

Neal D. Kitterlin

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, MUNICIPAL DIVISION

```
--------------------------------------------------------x
                                           )
ASHMAN LAW OFFICES, LLC, an Illinois       )
limited liability company,                 )
                                           )
              Plaintiff,                    )
                                           )   Case No. 2008 M1 158811
      -against-                             )
                                           )
YOUNG W. RHEE, a/k/a KEVIN YOUNG           )
RHEE; K R REALTY AND INVESTMENT,           )
INC., an Illinois corporation; and Y.W. RHEE, )
INC., a dissolved Illinois corporation,    )
                                           )
              Defendants.                   )
--------------------------------------------------------x
```

## ORDER

THIS CAUSE coming before the Court on *Plaintiff's Motion to Deem Service by Mail Sufficient* (the "Motion"), the Court being fully advised in the premises, it is hereby **ORDERED:**

1.      Plaintiff's service of Young W. Rhee, a/k/a Kevin Young Rhee ("Rhee"), both individually and in his capacity as president of defendant/citation respondent K.R. Realty and Investment, Inc. ("K.R. Realty") by regular mail and certified mail, return receipt requested, is deemed sufficient service on Rhee and K.R. Realty, and is deemed to be in compliance with this Court's August 3, 2010 Order ;

2.      The previously scheduled return date of October 29, 2010, in Courtroom 1401, for the Rules to Show Cause against both Rhee and K.R. Realty, stand.

October 28, 2010

ENTER:

_____

Judge                                    Judge's No.

*Order Prepared By:*
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700 (ph)
Attorney No. 38561
*Attorney for Plaintiff*

Judge Eileen O'Neill Burke

OCT 2 8 2010

Circuit Court-1996

9400 - Issued
2140 - Served
2240 - Not Served   (This Form Replaces CCM1-31B an.)   CMD-31A)   (Rev. 1/12/01) CCM 0620 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Ashman Law Offices, LLC
vs.
Young W. Rhee a/k/a Kevin Young, et al.
                                        Respondent

NO. 2008 M1 158811

CITATION SUMMONS SERVED: 03/03/10
                                                              Date

### ATTACHMENT FOR CONTEMPT ORDER

To the Sheriff of Cook County:

YOU ARE COMMANDED to take custody of Young W. Rhee a/k/a Kevin Young,

and if not released from your custody upon his/her bond, to immediately bring him/her before the Honorable Eileen O'Neill Burke, or any Judge presiding in that Judge's stead in Room 1401, Daley Center, 50 W. Washington, Chicago, Illinois to answer for a Contempt of Court for NOT ATTENDING SAID COURT AS PREVIOUSLY ORDERED.

You are authorized to take respondent to one of the Sheriff's facilities for the purpose of accepting bond, and to require his/her appearance in court at a specified date and time not less than 7 nor more than 15 days after attachment. Such appearance date, time and address shall be set forth upon the bond.

You are to serve this writ and return it without delay.

Bail set in the amount of $ _____
                            (10% applicable - $25.00 minimum)

or

Individual Bond set in the amount of $ 1000 - I

(Seal of Clerk of Circuit Court)

EOB
Judge          Judge's No.

I hereby certify the above to be correct.

Dated: _____

Judge Eileen O'Neill Burke
OCT 2 9 2010
Circuit Court-1996

This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law.

DOROTHY BROWN   OCT 2 9 2010

_____
Clerk of the Circuit Court of Cook County, Illinois

TO THE RESPONDENT: If you are released on bond, you shall appear in Room _____, _____

_____, Illinois, at _____ a.m./p.m. on _____, _____ (Date to be inserted by Sheriff.)
The above information shall be noted on the bond of the respondent and the copy of this writ delivered to him/her.

Atty. No.: 38561
Name: Ashman Law Offices, LLC
Attorney for: Plaintiff
Address: 55 W. Monroe St, Ste 2650
City/State/Zip: Chgo IL 60603
Telephone: 312-596-1700

If the respondent is apprehended in a county other than Cook County and is let to bail, the bond, writ and cash bail deposite shall be forwarded without delay to the offices of Clerk of the Circuit Court, Room _____, in Municipal District _____, located at _____
                                          (Address)
_____, Illinois _____
        (City)                        (Zip)

(OVER)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## INTEREST ITEMIZATION

      On September 15, 2009, judgment totaling $54, 485.50 was entered against K R Realty and Investment Inc. in favor of Ashman Law Offices, LLC.  Below is a calculation of the interest at the statutory 9% rate.

| PERIOD | INTEREST |
|---|---|
| 9/15/09-9/14/10 | $4903.70 |
| 9/15/10-9/14/11 | $4903.70 |
| 9/15/11-8/31/12 | $4702.72 |

      The amount of claim as of date the case was filed is $68,995.62.